Freeburg Law, LLC
Alex F. Freeburg, Bar No. 7-5182
Rachel Berkness, Bar No. 7-5966
PO Box 3442
Jackson, WY 83001

**UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING**

PERLA MARTINEZ

      Plaintiff,

vs.

SKYLINE PAINTING, LLC and
ELIAZAR ORTIZ,

      Defendants.

Case No.  25-cv-276

---

**MOTION TO PROCEED PSEUDONONYMOUSLY**

---

COMES NOW Plaintiff, Perla Martinez, and for *Motion to Proceed Pseudonymously*, states as follows:

1. Plaintiff filed her Complaint in this matter yesterday, December 1, 2025.

2. The Complaint involves allegations of a sexual assault in the workplace that were also the subject of a criminal proceeding that has since resulted in conviction.

3. Defendant Skyline Painting, LLC is owned by Defendant Eliazar Ortiz.

4. Defendant Skyline Painting, LLC appears to be a relatively unknown company that does not advertise and does not have a public presence.

5. At the time of filing, Plaintiff had no basis to believe proceeding pseudonymously was necessary. The facts underlying Plaintiff's civil claims are identical to the facts underlying the criminal matter. Upon information and belief, there was never any media attention generated by the criminal case whatsoever.

6. Additionally, Defendants are on notice of Plaintiff's civil claims through pre-filing negotiations as well as the facts in support thereof. Therefore, there was no basis to conceal Plaintiff's identity from Defendants.

7. Today, on December 2, 2025, Plaintiff became aware of a potential newspaper article regarding her filing. Plaintiff authored no press releases regarding this case and has done nothing to contact the media on her own.

8. Plaintiff requested that the newspaper refer to her by initials rather than by her full name.

9. The newspaper indicated that they were hesitant to use Plaintiff's initials given there was no motion to proceed pseudonymously.

10. Additionally, the newspaper raised concerns that a legal pleading requirement — although understood by attorneys — has the potential to be negatively misinterpreted by the public.

11. Plaintiff recognizes that "[p]roceeding under a pseudonym in federal court is, by all accounts, an unusual procedure." *Xingfei Luo v. Wang*, 71 F.4th 1289, 1296 (10th Cir. 2023)."

12. Plaintiff further recognizes that there is no need to withhold her identity from Defendants.

13. However, this matter contains sensitive subject matter involving allegations of a sexual assault.

//
//
//

14. Further, without seeing the article, Plaintiff has reason to belief that media attention could be misinterpreted by the public against her.

THEREFORE, Plaintiff respectfully requests this Court grant her leave to proceed pseudonymously.

Dated <u>December 2, 2025</u>.                    <u>s/ *Rachel Berkness*</u>
                                                 Rachel Berkness, Bar No. 7-5966
                                                 Freeburg Law, LLC
                                                 Box 3442
                                                 Jackson, WY 83001